UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No: 1:21-cr-00496-TJK |
| ) | |
| **MARK S. IBRAHIM**, ) | Next Hearing: April 16, 2024 |
| ) | |
| Defendant. ) | |

**Response to Government's Supplement**

---

The Defense respectfully disagrees with the decision in *United States v. Carnell* and the three subsequent adoptions.

In *United States v. Carnell*, 2024 WL 639842 (D.D.C. Feb. 15, 2024), Judge Howell wrote that the "USSS-protectee requirement" is jurisdictional-only under *United States v. Feola*, 420 U.S. 671 (1975).

The defense position is that the jurisdictional-only analysis conflates the *protectee's presence* with the *protectee's status as a protectee*. The *protectee's presence* is not jurisdictional-only, which is why the defense believes it carries a "knowing" *mens rea* requirement.

Section 1752(a)'s *protectee-presence* element should be read as a joint jurisdictional and substantive element because it "play[s] a role in defining the behavior Congress thought harmful," *i.e.*, threatening physical proximity to persons needing protection. *See Torres v. Lynch*, 578 U.S. 452, 471 (2016). Thus, its function is not jurisdictional, much less only jurisdictional. Moreover, 1752 is *not* a federalization of a common-law property crime of trespass.

The arguments of the parties aside, the Defense believes it is prudent for the parties to await a decision from the Court of Appeals, which has this very issue pending before it in *United States v. Griffin,* Docket Number: 22-3042. The Court of Appeals heard oral argument on December 4th, 2023. A decision is expected any day now and would be controlling.

Respectfully submitted,

By Counsel:

_____/s/_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Email: contact@medvinlaw.com

**CERTIFICATE OF SERVICE FOR CM/ECF**

I hereby certify that on April 11, 2024, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

_____/s/_____
Marina Medvin, Esq.