UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-496 (TJK) |
| v. : | |
| : | |
| MARK S. IBRAHIM, : | |
| : | |
| Defendant. : | |

**JOINT MOTION TO CONTINUE STATUS HEARING AND
EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, through undersigned counsel, and the defendant Mark Ibrahim, by and through his counsel Marina Medvin, hereby file this motion to continue the status hearing set for Friday, May 31, 2024, in the above-captioned matter until August 6, 2024, at 10:00 a.m. The parties request the additional time to continue their negotiations regarding an anticipated stipulated trial in this case.

The parties request that the Court exclude the time from May 31, 2024, until the next status date, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

Counsel for defendant Mark Ibrahim has reviewed and joins this motion.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:  /s/ *Nathaniel K. Whitesel*
NATHANIEL K. WHITESEL
Assistant United States Attorney
DC Bar No. 1601102
601 D Street NW
Washington, DC 20530
nathaniel.whitesel@usdoj.gov
(202) 252-7759