UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-496 (TJK) |
| v. : | |
| : | |
| MARK S. IBRAHIM, : | |
| : | |
| Defendant. : | |

### JOINT MOTION TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, through undersigned counsel, and the defendant Mark Ibrahim, by and through his counsel Marina Medvin, hereby file this motion to continue the status hearing set for Tuesday, August 6, 2024, in the above-captioned matter for approximately 60 days until a date and time convenient for the Court the week of September 30, 2024. The parties request the additional time to continue and finalize their negotiations regarding an anticipated stipulated trial in this case.

The parties request that the Court exclude the time from August 6, 2024, until the next status date, pursuant to 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

Counsel for defendant Mark Ibrahim has reviewed and joins this motion.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   /s/ *Nathaniel K. Whitesel*
NATHANIEL K. WHITESEL
Assistant United States Attorney
DC Bar No. 1601102
601 D Street NW
Washington, DC 20530
nathaniel.whitesel@usdoj.gov
(202) 252-7759